## United States District Court
## Western District of Kentucky
## at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NUMBER: 3:21MJ-457** |
| **ERIC MOSLEY** | **DEFENDANT** |

### ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge via video conference on September 17, 2021 for a preliminary and detention hearing.  The defendant appeared in custody from Oldham County Jail.  Scott C. Cox, retained counsel, appeared on behalf of the defendant.  Assistant United States Attorney Frank Dahl appeared on behalf of the United States.  The proceeding was digitally recorded.

The defendant, through counsel, consented to proceed with hearing via video conference.

The defendant, through counsel, elected to waive his right to a preliminary hearing.

The Court heard arguments of counsel and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant is released on a $100,000 unsecured bond with an order setting conditions of release.

**IT IS FURTHER ORDERED** that, pending action by the Grand Jury, arraignment is scheduled, for **October 12, 2021 at 11:00 a.m**. via video before the Honorable Regina S. Edwards, United States Magistrate Judge.

September 21, 2021

*Colin H Lindsay, Magistrate Judge*
United States District Court

:40